IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHRISTOPHER GOODWIN,**

    **Plaintiff,**

**v.**                                              Case No. 5:25-cv-324-AW-MJF

**STATE OF FLORIDA and TOMMY FORD,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed an emergency motion for a temporary restraining order. ECF No. 2. The magistrate judge recommends denying the motion. ECF No. 5. Having carefully considered the matter, and having carefully considered de novo the issues raised in Plaintiff's objections (ECF No. 6), I now adopt the report and recommendation and incorporate it into this order.[1] The emergency motion (ECF No. 2) is DENIED without prejudice.

---

[1] There is one exception. The report and recommendation found three bases to deny the motion. One was because the motion did not comply with Rule 65's requirement for a TRO. One was because the cursory motion was devoid of any analysis of the preliminary-injunction factors. And one was because the motion did not include a case style, which is required by the local rules. In his objection, Plaintiff insists he did include a case style and that there was a clerk scanning error. It appears he is correct, and the clerk has re-scanned ECF No. 2, which now includes a case style. Accordingly, I will deny the motion based solely on the other bases identified in the report and recommendation. And I do not adopt Section A.2 of the report and recommendation.

SO ORDERED on December 9, 2025.

                                          s/ *Allen Winsor*
                                          Chief United States District Judge